Our next case is Loken-Flack v. Novozymes. Is Mr. Alan Blakely here? Attorney Alan Blakely. You're Mr. Carter? I am, Your Honor. Mr. Carter, it appears that Mr. Blakely informed us that they were waiving their argument and apparently they're not here present. It's your choice whether you want to argue or not. Now, the court has read the briefs and we're ready to make a decision, but it's your prerogative, if you want to, to make any argument or any statement that you want to make to the court. And my colleagues may have a question or two as well. Thank you, Your Honor. I'll be very brief. May it please the court. I'm John Cotter from K&L Gates for Defendant Appellee Novozymes Bioag. I believe in view of what Your Honor just mentioned, there's no need for me to make an argument and spend the court's time. I think things have been fully briefed. We believe that there is the summary judgment order of the District of Colorado should be affirmed, finding that Mr. Loken did not show by clear and convincing evidence and could not show by clear and convincing evidence that he should be added as an inventor to the Novozymes patent. So if Your Honors have any questions for me, I'm happy to try and answer them. I don't think we have any questions, Counselor. We thank you for appearing, and it's unfortunate that you came when there's no argument. If there's any additional action you wish on behalf of this court, let us know. Only that you consider the fact that Loken Fleck's attorney chose not to show up here and consider that in any order you choose to give on issues of compliance with this court's rules.